E-Filed/ JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3956   GHK (Ex) | Date | August 22, 2011 |
|---|---|---|---|
| Title | SHANELLE CRAWFORD, *through her Guardian Ad Litem* Martin J. Cirkiel   vs. SUPERINTENDENT DAVID FINLEY, et al | | |

| Presiding: The Honorable | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(IN CHAMBERS)   ORDER**

    Pursuant to the Order of July 13, 2011, re: Approving Compromise of Incompetent Adult's Claims and Authorizing Establishment of Special Needs Trust, the above entitled-action is hereby **ADMINISTRATIVELY CLOSED** pending further order of the Court.

    **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Preparer | | Bea |